**Fill in this information to identify your case:**

Debtor 1  **Larry Howard Romero**

      First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)

      First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number  **6:19-bk-01350**
(if known)

☑ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

☑ creditors have claims secured by your property, or

☑ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Credit Acceptance**<br><br>Description of property securing debt: **2014 KIA Cadenza 25000 miles NADA Ave trade, #knaLn4d7xe5134676, Lien by American Credit Acceptance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☑ Yes |

## Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  __Larry Howard Romero_____   Case number *(if known)*  __6:19-bk-01350__

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:**  **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  __/s/ Larry Howard Romero_____          X  _____
    **Larry Howard Romero**                                      Signature of Debtor 2
    Signature of Debtor 1

Date  __March 12, 2019_____                          Date  _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Larry Howard Romero

Case No.: 6:19-bk-01350

Debtor(s).

Chapter 7

_____/

## **CERTIFICATE OF SERVICE REGARDING STATEMENT OF INTENTION FOR INDIVIDUALS FILING UNDER CHAPTER 7**

I HEREBY CERTIFY that a true and correct copy of the Amended Debtor's *Statement of Intention for Individuals Filing Under Chapter 7* to add American Credit Acceptance, P o Box 204531 Dallas TX 75320-4531, has been furnished by electronic transmission to: U.S. Trustee and Chapter 7 Trustee, Arvind Mahundru and by United States Mail this 12th Day of March 2019.

LAW OFFICES OF PAUL L. URICH, P.A.

BY:    __/s/ Paul L. Urich, Esq._____
Paul L. Urich, Esq., Bar # 0088780
1510 E. Colonial Dr., Suite 204
Orlando, FL 32803
(407) 896-3077 Telephone
(407) 896-3041 Telecopy
Attorney for Debtor